1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| RYAN BONNEAU, | ) | Case No. CV 15-4768 JLS(JC) |
|---|---|---|
| Petitioner, | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| JACK FOX, | ) | |
| Respondent. | ) | |

_____

18
19      Pursuant to this Court's Order Accepting Findings, Conclusions and
20 Recommendations of United States Magistrate Judge,
21      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and
22 this action is dismissed with prejudice.
        IT IS SO ADJUDGED.
23
24
25      DATED: March 22, 2016
26
27      _____
28      HONORABLE JOSEPHINE L. STATON
        UNITED STATES DISTRICT JUDGE